08-6030-ag
Cutanda-Hierrezuelo v. Napolitano

BIA
A014 393 406

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## SUMMARY ORDER

RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 18th day of October, two thousand ten.

PRESENT:
>
> ROGER J. MINER,
> JOSÉ A. CABRANES,
> DENNY CHIN,
> *Circuit Judges.*

_____

JULIO CUTANDA-HIERREZUELO,
>    *Petitioner,*

>    v.                                              08-6030-ag
>                                                     NAC

JANET NAPOLITANO, SECRETARY, DEPT. OF HOMELAND SECURITY,*
>    *Respondent.*

_____

FOR PETITIONER:          Julio Cutanda-Hierrezuelo, *pro se*, Bronx, New York.

FOR RESPONDENT:          Tony West, Assistant Attorney

---

\* Pursuant to Federal Rule of Appellate Procedure 43(c)(2), Secretary of the Department of Homeland Security Janet Napolitano, is automatically substituted for former Secretary Michael Chertoff as respondent in this case.

**General; Richard M. Evans, Assistant Director; Sharon M. Clay, Trial Attorney, Office of Immigration Litigation, United States Department of Justice, Washington, D.C.**

UPON DUE CONSIDERATION of this petition for review of a Board of Immigration Appeals ("BIA") decision, it is hereby ORDERED, ADJUDGED, AND DECREED that the petition for review is DENIED.

Petitioner Julio Cutanda-Hierrezuelo, a native and citizen of the Dominican Republic, seeks review of the July 25, 2008 order of the BIA, which denied his motion to reopen. *In re Julio Cutanda-Hierrezuelo*, No. A014 393 406 (B.I.A. July 25, 2008). We assume the parties' familiarity with the underlying facts and procedural history of the case.

As an initial matter, contrary to the Respondent's contention, the petition, which was received by the district court's *pro se* office on August 22, 2008, *see* 2d Cir. Dkt. No. 08-6030-ag at 12/10/2008 Entry (Transfer Order at 1 n.1), is timely as to the BIA's July 25, 2008 order. *See* 8 U.S.C. § 1252(b)(1). However, contrary to the Cutanda-Hierrezuelo's contentions, this July 25, 2008 order is the only order presently before us for review; we have

already dismissed in part and denied in part his petition for review of the agency's August 2004 final order of removal in this case. *See Hierrezuelo v. Ashcroft*, 2d Cir. Dkt. No. 05-3439-ag at 2/20/2008 Entry (Summary Order).

Because Cutanda-Hierrezuelo has failed to sufficiently argue in his briefs that the BIA erred in denying his motion to reopen, we deem any such arguments waived. *See Yueqing Zhang v. Gonzales*, 426 F.3d 540, 541 n.1, 545 n.7 (2d Cir. 2005). Moreover, even if we liberally construe Cutanda-Hierrezuelo's submissions as challenging the July 25, 2008 order, *see, e.g., Weixel v. Board of Educ.*, 287 F.3d 145-46 (2d Cir. 2002), the BIA did not abuse its discretion in denying Cutanda-Hierrezuelo's motion to reopen as both untimely and lacking in merit. *See Kaur v. BIA*, 413 F.3d 232, 233 (2d Cir. 2005) (per curiam); *see also* 8 C.F.R. § 1003.2(c)(2).

Insofar as Cutanda-Hierrezuelo's reply brief can be liberally construed as arguing that his prior counsel was ineffective, he has waived any such claim by failing to raise it in his opening brief, *see Tischmann v. ITT/Sheraton Corp.*, 145 F.3d 561, 568 n.4 (2d Cir. 1998), and this claim is also unexhausted, as he failed to raise it before the

3

agency, *see Lin Zhong v. U.S. Dep't of Justice*, 480 F.3d 104, 107 n.1, 119-22 (2d Cir. 2007), and, additionally, there is no indication that he has complied with the requirements of *In re Lozada*, 19 I.& N. Dec. 637 (BIA 1988).

For the foregoing reasons, the petition for review is DENIED.  As we have completed our review, any stay of removal that the Court previously granted in this petition is VACATED, and any pending motion for a stay of removal in this petition is DISMISSED as moot.  Any pending request for oral argument in this petition is DENIED in accordance with Federal Rule of Appellate Procedure 34(a)(2), and Second Circuit Local Rule 34.1(b).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

4